**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1510**

ROBERT PAUL SHARPE,

        Movant - Appellant,

    v.

DAVINCI AEROSPACE, LLC; DAVINCI COMPANY, LLC; DANIEL M. SHOAF,

        Defendants - Appellees,

ALGERNON LEE BUTLER, III, Trustee,

        Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:24-cv-00846-BO)

Submitted:  August 28, 2025                Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Paul Sharpe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order denying his motion for a stay and dismissing for lack of jurisdiction his appeal from the bankruptcy court's order denying his motion for recusal of the bankruptcy court judge. Sharpe has moved to consolidate this appeal with another appeal he has pending in this court; we deny the motion to consolidate. We have reviewed the record and find no reversible error. Accordingly, although we grant Sharpe's motion for leave to proceed in forma pauperis, we affirm the district court's order. *Sharpe v. DaVinci Aerospace, LLC*, No. 7:24-cv-00846-BO (E.D.N.C. Apr. 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2